AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Commonwealth of Pennsylvania ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 2:24-cv-05391-BRM-RLS |
| Eli Lilly and Company, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Commonwealth of Pennsylvania, ex rel. Lawrence S. Krasner, Philadelphia District Attorney.

Date:   04/26/2024

/s/ Matthew D. Schultz
*Attorney's signature*

Matthew D. Schultz (FL Bar 0640328)
*Printed name and bar number*

Levin, Papantonio, Rafferty, Proctor, Buchanan,
O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL  32502
*Address*

mschultz@levinlaw.com
*E-mail address*

(850) 435-7140
*Telephone number*

(850) 436-6140
*FAX number*