AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Commonwealth of Pennsylvania | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-05391-BRM-RLS |
| Eli Lilly and Company, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Commonwealth of Pennsylvania, ex rel. Lawrence S. Krasner, Philadelphia District Attorney.

Date: 04/29/2024

/s/ Brandon L. Bogle
*Attorney's signature*

Brandon L. Bogle (FL Bar 52624)
*Printed name and bar number*

Levin, Papantonio, Rafferty, Proctor, Buchanan,
O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL  32502
*Address*

bbogle@levinlaw.com
*E-mail address*

(850) 435-7043
*Telephone number*

(850) 436-6080
*FAX number*