AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Commonwealth of Pennsylvania | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-05391-BRM-RLS |
| Eli Lilly and Company, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Commonwealth of Pennsylvania, ex rel. Lawrence S. Krasner, Philadelphia District Attorney.

Date: 05/16/2024

/s/ William F. Cash III
*Attorney's signature*

William F. Cash III (FL Bar 0068443)
*Printed name and bar number*

Levin, Papantonio, Rafferty, Proctor, Buchanan,
O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL  32502
*Address*

bcash@levinlaw.com
*E-mail address*

(850) 435-7059
*Telephone number*

None
*FAX number*